IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARINA STEWART-MAGEE, as Administrator and Personal Representative of the ESTATE OF ALBINA AGDASOVNA SHARIFULLINA, deceased, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL BENJAMIN SNYDER, <br><br> Defendant. | Case No. 21-00047-DSC |

## PLAINTIFF'S MOTION TO DISMISS CASE NUMBER 21-00047-DSC

Comes now the Plaintiff, **MARINA STEWART-MAGEE, as Administrator and Personal Representative of the ESTATE OF ALBINA AGDASOVNA SHARIFULLINA, deceased**, and respectfully requests this Honorable Court to dismiss, without prejudice, the above-styled proceeding bearing case number 21-000-47-DSC. As grounds for said motion, Plaintiff submits the following:

1. On November 10, 2021, the Plaintiff/Creditor, Marina Stewart-Magee, filed a Complaint against the Defendant/Debtor, Daniel Benjamin Snyder, to determine the non-dischargeability of a debt in a Chapter 7 bankruptcy case filed by the Debtor. The case number assigned to the Plaintiff's proceeding is 21-00046-DSC.

2. Counsel for the Plaintiff, Kendall A. Lee, filed the Plaintiff's Complaint through the Court's electronic case filing (CM/ECF) system. During the filing process, Ms. Lee inadvertently filed the Complaint twice, generating a second, duplicative proceeding, bearing case number 21-00047-DSC.

3. Based on the foregoing, the Plaintiff requests that the second-filed proceeding, bearing case number 21-00047-DSC, be dismissed, without prejudice, as duplicative. The Plaintiff will continue to pursue the first-filed proceeding against the Debtor, bearing case number 21-00046-DSC.

Dated this 12th day of November, 2021.

Mark W. Lee (ASB-4579-L59M)

/s/ Kendall A. Lee
Kendall A. Lee (ASB-1392-W21L)
Attorneys for Creditor
Marina Stewart-Magee

**OF COUNSEL:**
**PARSONS, LEE & JULIANO, P.C.**
600 Vestavia Parkway, Suite 300
Birmingham, Alabama 35216
Telephone: (205) 326-6600
Facsimile: (205) 324-7097
mlee@pljpc.com
klee@pljpc.com

**DEBTOR TO BE SERVED VIA FIRST CLASS MAIL PURSUANT TO RULE 7004(b)(9)**

Daniel Benjamin Snyder, Esq.
3358 Rosemary Lane
Birmingham, Alabama 35216

**DEBTOR'S COUNSEL TO BE SERVED VIA FIRST CLASS MAIL PURSUANT TO RULE 7004(g)**

C. Taylor Crockett, Esq.
C. TAYLOR CROCKETT, P.C.
2067 Columbiana Road
Birmingham, Alabama 35216

**OTHER PARTIES TO BE SERVED VIA FIRST CLASS MAIL PURSUANT TO RULE 7004(b)**

James G. Henderson, Trustee
1210 Financial Center
505 N. 20th Street
Birmingham, Alabama 35203s

3